UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO MUNOZ GARZA, | ) | 1:07-CV-00385-LJO-DLB-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| WARDEN, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **April 17, 2007**           **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE