UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA,<br><br>    Petitioner,<br><br>v.<br><br>UNNAMED,<br><br>    Respondent. | 1:07-cv-00385-LJO-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7)<br><br>**ORDER DISMISSING ACTION** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On July 23, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, without prejudice, for failure to comply with a court order. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 23, 2007, are ADOPTED IN FULL; and,

2. The instant Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, for failure to comply with a court order.

IT IS SO ORDERED.

**Dated:   October 11, 2007**               **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE